Merle Joy Turchik, AZ Bar No. 011130
TURCHIK LAW FIRM, P.C.
2205 E. Speedway Blvd.
Tucson, AZ 85719
merle@turchiklawfirm.com
Telephone: (520) 882-7070
Facsimile: (520) 203-0175

David Sanford (D.C. Bar No. 457933, *Pro Hac Vice*)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Ave. SE, Suite 300
Washington, D.C. 20009
dsanford@sanfordheisler.com
Telephone: (202) 499-5201
Facsimile: (202) 499-5199

*Attorneys for Plaintiff and the EPA Collective Action Class*
*[Additional Attorneys Listed on Signature Page]*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Katrina Miranda, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>Arizona Board of Regents,<br><br>    Defendant. | Case No: 4:18-cv-00576-JGZ-LAB<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF APPEARANCE** |

Pursuant to Local Civil Rule 83.3(b)(4), the undersigned hereby give notice of Christopher Yandel's withdrawal of his appearance as counsel of record for Plaintiff in the above-captioned matter. Mr. Yandel has accepted other employment and is no longer associated with Sanford Heisler Sharp, LLP, effective May 31, 2019.

Plaintiff continues to be represented by David Sanford, Andrew Melzer, and Kate Mueting of Sanford Heisler Sharp, LLP, and Merle Turchik of Turchik Law Firm, P.C.

DATED this June 4, 2019.

                                         **SANFORD HEISLER SHARP, LLP**

                                         By: /s/ Andrew Melzer
                                                    Andrew Melzer (*Pro Hac Vice*)

                                                    *Attorney for Plaintiff*

Andrew Melzer (NY Bar No. 4270682, *Pro Hac Vice*)
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Fl
New York, NY 10019
amelzer@sanfordheisler.com
Telephone: (646) 402-5657
Facsimile: (646) 402-5651

Kate Mueting (DC Bar No. 988177, *Pro Hac Vice*)
SANFORD HEISLER SHARP, LLP
700 Pennsylvania Avenue SE, Suite 300
Washington, D.C. 20003
kmueting@sanfordheisler.com
Telephone: (202) 499-5206
Facsimile: (202) 499-5199

*Attorneys for Plaintiff and the EPA Collective Action Class*

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants:

Mark Ogden (ABN: 017018)
mogden@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade 2425 East Camelback Road, Suite 900
Phoenix, AZ 85016
Telephone: 602.474.3600
Facsimile: 602.957.1801

Keith C. Hult (IL 01284452)
Shanthi V. Gaur (IL 06224996)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880

By:  /s/ Trevor Byrne