IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katrina Miranda,<br><br>  Plaintiff,<br><br>v.<br><br>Arizona Board of Regents,<br><br>  Defendant. | No. CV-18-00576-TUC-JGZ (LAB)<br><br>**ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the parties' Joint Stipulation to Dismiss with Prejudice (Doc. 35) is GRANTED.

IT IS FURTHER ORDERED that each party shall bear its own attorney fees and costs.

The Clerk of Court is directed to close the file in this action.

Dated this 19th day of December, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge